**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **CHRISTINA CABALLERO,** ) <br> aka **CRISTINA ISABEL CABALLERO,** ) <br> for herself and as Next friend of **BABY** ) <br> **AOUILAR** and **HENRY AQUILAR,** ) <br> for himself and as Next friend of ) <br> **BABY AQUILAR,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **CORRECTIONS CORPORATION** ) <br> **OF AMERICA, et al.** ) <br> ) <br> Defendants. ) | No.: **2:06-2896 BBD-egb** |

## ORDER

This order is to confirm that the trial date in this matter is a firm trial date and will not be continued. The proposed pretrial order is due June 15, 2009, and the pretrial conference is set for June 22, 2009 at 8:45 am. The trial is scheduled for July 6, 2009 at 9:00 am. The parties must appear July 6, 2009 ready for trial unless the matter is resolved prior thereto.

**IT IS SO ORDERED** this 8th day of April, 2009.

s/Bernice B. Donald
BERNICE BOUIE DONALD
UNITED STATES DISTRICT COURT JUDGE
