099-008-00

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CHRISTINA CABALLERO, )<br>aka CRISTINA ISABEL CABALLERO, )<br>for herself and as Next friend of BABY AQUILAR )<br>and HENRY AQUILAR, for himself and as )<br>Next friend of BABY AQUILAR, )<br>  )<br>  Plaintiffs )<br>  )<br>v. )<br>  )<br>CORRECTIONS CORPORATION )<br>OF AMERICA, et al. )<br>  )<br>  Defendants. ) | No.: 2:06-2896 BBD-egb |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Christina Caballero a/k/a Cristina Isabel Caballero, for herself and as next friend of Baby Aquilar, and Henry Aquilar, for himself and as next friend of Baby Aquilar, by and through counsel, voluntarily dismisses their claims with prejudice against all Defendants in this matter pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES OF CIVIL PROCEDURE.

This voluntary dismissal is with prejudice, and each party shall bear their own costs, fees, and expenses.

    Respectfully submitted,

    s/Gerald Green (by Jon A. York with permission)
    Gerald Green (BPR #9470)
    ATTORNEY FOR PLAINTIFFS
    147 Jefferson Ave., # 800
    Memphis, TN 38103
    Telephone:   (901) 527-3193
    sixmillion_643@msn.com


    LAWRENCE J. LAURENZI
    UNITED STATES ATTORNEY

By:   s/Linda Nettles Harris (by Jon A. York with permission)
    Linda Nettles Harris (BPR #12981)
    Assistant U.S. Attorney
    167 North Main Street, 8th Fl.
    Memphis, TN 38103
    Telephone:   (901)544-4231
    linda.harris@usdoj.gov


    PENTECOST & GLENN, PLLC

By:   s/Jon A. York
    James Pentecost (BPR #011640)
    Jon A. York (BPR #023106)
    ATTORNEYS FOR DEFENDANT CORRECTIONS CORPORATION OF AMERICA
    106 Stonebridge Blvd
    Jackson, TN  38305
    Telephone:   (731) 668-5995
    jpentecost@pgandr.com
    jyork@pgandr.com