# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|   |   |   |
|---|---|---|
| **CHRISTINA CABALLERO,** aka CRISTINA ISABEL CABALLERO, for herself and as Next friend of BABY AOUILAR and HENRY AQUILAR, for himself and as Next friend of BABY AQUILAR, <br><br>  Plaintiffs, <br><br> v. <br><br> **CORRECTIONS CORPORATION OF AMERICA, et al.** <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **JUDGMENT IN A CIVIL CASE** <br><br><br><br><br><br><br> No.: **2:06-2896 BBD-egb** |

These actions came to consideration before the Court. The issues have been considered and a decision has been rendered.

It is so **ORDERED AND ADJUDGED** that in accordance with the Stipulation of Voluntary Dismissal with Prejudice filed on May 21, 2009, this case is hereby dismissed.

**APPROVED:**


**s/Bernice B. Donald**
**UNITED STATES DISTRICT COURT**

**DATE: 5/26/2009**                     **THOMAS M. GOULD**
                                        **Clerk of Court**


                                         **s/Taffy Elchlepp**
                                          **(By) Deputy Clerk**